FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTIAN LETTS, as guardian for MARIA VARGAS-GOMEZ, individually and on behalf of her minor children, N.V. and K.V.; ARIANA JARA-VARGAS, individually; and BRISA JARA-VARGAS, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF PASCO, a Washington municipal entity; and ANA RAMOS, individually,<br><br>    Defendants. | No. 4:25-CV-05032-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

    Before the Court is the parties' Unopposed Motion for Stipulated Protective Order, ECF No. 16. The motion was considered without oral argument. Plaintiffs are represented by Colin Prince, Evan Fuller, and Nathan Roberts. Defendants are represented by John Justice.

    The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential"

**ORDER DENYING MOTION FOR PROTECTIVE ORDER * 1**

materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Protective Order, ECF No. 16, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 11th day of September 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER \* 2**